IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:00CV602-H |
| | ) | (Financial Litigation Unit) |
| GERONA J. GOODE, | ) | |
|     Defendant, | ) | |
| and | ) | |
| | ) | |
| THE BELK CENTER, INC., | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Gerona J. Goode is DISMISSED.

**SO ORDERED, ADJUDGED AND DECREED**.

**Signed: November 1, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge